[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  11-13705
_____

D.C. Docket Nos. 2:10-cv-02421-AKK

MANDI GREEN,
on behalf of herself and all others similarly situated,

Plaintiff-Appellant,

versus

BISSELL HOMECARE INC.,
WAL-MART STORES, INC.,

Defendants-Appellees.

_____

No.  11-13706
_____

D.C. Docket Nos. 2:10-cv-02420-AKK

MELINDA BOYD,
on behalf of herself and all others similarly situated,

Plaintiff-Appellant,

versus

TTI FLOORCARE NORTH AMERICA,
WAL-MART STORES, INC.,

                                        Defendants-Appellees.

_____

Appeals from the United States District Court
for the Northern District of Alabama
_____

(August 13, 2012)

Before JORDAN and HILL, Circuit Judges, and HOOD,[*] District Judge.

PER CURIAM:

Following oral argument, and a review of the record and the relevant authorities, we affirm the dismissal of the complaints for the reasons stated in the district court's memorandum opinion.

**AFFIRMED.**

_____

[*] Honorable Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.